## CERTIFICATE OF SERVICE

      I, JOSEPH N. CORDARO, an Assistant United States Attorney for the Southern District of New York, hereby certify that on August 13, 2008, I caused a copy of the NOTICE OF REMOVAL in the matter *Zhong Wu Lin, et al. v. New York City Health and Hospitals Corporation, et al.,* 08 Civ. 7193 (BSJ) (DFE), New York County Index No. 100734/2008, to be served by First Class Mail upon the following:

    Vincent L. Gonzalez
    Brecher Fishman Pasternack Heller Walsh & Tilker, P.C.
    233 Broadway, Suite 820
    New York, New York 10279
    *Counsel for Plaintiffs*

    New York City Health and Hospitals Corporation
    Legal Claims Office
    125 Worth Street, Room 527
    New York, New York 10013

    Bellevue Hospital Center
    c/o New York City Health and Hospitals Corporation
    Legal Claims Office
    125 Worth Street, Room 527
    New York, New York 10013

    Noam Spinowtz, M.D.
    c/o New York City Health and Hospitals Corporation
    125 Worth Street, Room 527
    New York, New York 10013

    Thomas Maldonado, M.D.
    c/o New York City Health and Hospitals Corporation
    125 Worth Street, Room 527
    New York, New York 10013

    Andrew Wallace, M.D.
    c/o New York City Health and Hospitals Corporation
    125 Worth Street, Room 527
    New York, New York 10013

    Usha Kalava, M.D.
    c/o New York City Health and Hospitals Corporation
    125 Worth Street, Room 527
    New York, New York 10013

Alfred B. Cheng, M.D.
c/o New York City Health and Hospitals Corporation
125 Worth Street, Room 527
New York, New York 10013

Chen Jianping, M.D.
c/o New York City Health and Hospitals Corporation
125 Worth Street, Room 527
New York, New York 10013

Ramya Ramakrishnan, M.D.
c/o New York City Health and Hospitals Corporation
125 Worth Street, Room 527
New York, New York 10013

Dated:    New York, New York
          August 13, 2008

                                          _____
                                          JOSEPH N. CORDARO
                                          Assistant United States Attorney