MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOSEPH N. CORDARO
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2745
Facsimile: (212) 637-2686
Email: joseph.cordaro@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ZHONG WU LIN, as Administrator of the Estate, Goods, Chattel and Credits of LI BIN ZHENG, a/k/a BIN LI ZHENG, deceased, ZHONG WU LIN, as the Father and Natural Guardian of J.L. and J.Q.L., and ZHONG WU LIN, Individually,

                Plaintiffs,

  - against -

NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, *et al.*,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Electronically Filed

08 Civ. 7193 (BSJ)
ECF Case

**NOTICE OF MOTION TO SUBSTITUTE THE UNITED STATES OF AMERICA AS DEFENDANT AND TO DISMISS THE CLAIMS AGAINST THE UNITED STATES OF AMERICA**

      PLEASE TAKE NOTICE that, upon the accompanying (1) Memorandum of Law in Support of Motion to Substitute the United States of America as Defendant for Defendants Charles B. Wang Community Health Center and Zhiguang P. Zhang, M.D., and to Dismiss the Claims Against the United States of America, (2) Declaration of Meredith Torres, dated August 19, 2008, and (3) Declaration of Joseph N. Cordaro, dated August 20, 2008, the United States of America (the "United States"), by its attorney, Michael J. Garcia, United States Attorney for the

Southern District of New York, hereby moves this Court for an order (i) substituting the United States as Defendant for Defendants Charles B. Wang Community Health Center and Zhiguang P. Zhang, M.D., (ii) dismissing the claims against the Charles B. Wang Community Health Center and Zhiguang P. Zhang, M.D. with prejudice, and (iii) dismissing the claims against the United States for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1).

Dated: New York, New York
      August 20, 2008

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York
                              *Attorney for the United States of America*

By:    s/ Joseph N. Cordaro
        JOSEPH N. CORDARO
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, New York 10007
        Telephone: (212) 637-2745
        Facsimile: (212) 637-2686
        Email: joseph.cordaro@usdoj.gov

To:    <u>Counsel for Plaintiffs</u>
        Vincent L. Gonzalez, Esq.
        Brecher Fishman Pasternack Heller Walsh & Tilker, P.C.
        233 Broadway, Suite 820
        New York, New York 10279

        <u>Counsel for Defendants Charles B. Wang Community Health Center
        and Zhiguang P. Zhang, M.D.</u>
        Timothy Brennan, Esq.
        Phelan Phelan & Danek
        302 Washington Avenue Extension, Suite 3
        Albany, New York 12203

<u>New York City Health and Hospitals Corporation</u>
Legal Claims Office
125 Worth Street, Room 527
New York, New York 10013

<u>Bellevue Hospital Center</u>
c/o New York City Health and Hospitals Corporation
Legal Claims Office
125 Worth Street, Room 527
New York, New York 10013

<u>Noam Spinowtz, M.D.</u>
c/o New York City Health and Hospitals Corporation
125 Worth Street, Room 527
New York, New York 10013

- and -

577 Prospect Avenue
Brooklyn, New York 11215

<u>Thomas Maldonado, M.D.</u>
c/o New York City Health and Hospitals Corporation
125 Worth Street, Room 527
New York, New York 10013

- and -

Arnold and Marie Schwartz Health Care Center
530 First Avenue, Suite 6F
New York, New York 10016

<u>Andrew Wallace, M.D.</u>
c/o New York City Health and Hospitals Corporation
125 Worth Street, Room 527
New York, New York 10013

<u>Usha Kalava, M.D.</u>
c/o New York City Health and Hospitals Corporation
125 Worth Street, Room 527
New York, New York 10013

Alfred B. Cheng, M.D.
c/o New York City Health and Hospitals Corporation
125 Worth Street, Room 527
New York, New York 10013

Chen Jianping, M.D.
c/o New York City Health and Hospitals Corporation
125 Worth Street, Room 527
New York, New York 10013

- and -

268 Canal Street
New York, New York 10013

Ramya Ramakrishnan, M.D.
c/o New York City Health and Hospitals Corporation
125 Worth Street, Room 527
New York, New York 10013

4