MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOSEPH N. CORDARO
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York  10007
Telephone: (212) 637-2745
Facsimile:  (212) 637-2686
Email:  joseph.cordaro@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ZHONG WU LIN, as Administrator of the Estate, Goods, Chattel and Credits of LI BIN ZHENG, a/k/a BIN LI ZHENG, deceased, ZHONG WU LIN, as the Father and Natural Guardian of J.L. and J.Q.L., and ZHONG WU LIN, Individually,

            Plaintiffs,

  - against -

NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, *et al.*,

            Defendants.

------------------------------------- x

Electronically Filed

08 Civ. 7193 (BSJ)
ECF Case

**CERTIFICATE OF SERVICE**

    I, JOSEPH N. CORDARO, an Assistant United States Attorney for the Southern District of New York, hereby certify that on August 20, 2008, I caused a copy of the foregoing (1) Notice of Motion to Substitute the United States of America as Defendant and to Dismiss the Claims Against the United States of America, (2) Memorandum of Law in Support of Motion to Substitute the United States as Defendant for Defendants Charles B. Wang Community Health Center and Zhiguang P. Zhang, M.D., and to Dismiss the Claims Against the United States,

(3) Declaration of Meredith Torres, dated August 19, 2008, with accompanying exhibit, and (4) Declaration of Joseph N. Cordaro, dated August 20, 2008, with accompanying exhibits, to be served by First Class Mail upon the following:

Counsel for Plaintiffs
Vincent L. Gonzalez, Esq.
Brecher Fishman Pasternack Heller Walsh & Tilker, P.C.
233 Broadway, Suite 820
New York, New York 10279

Counsel for Defendants Charles B. Wang Community Health Center
and Zhiguang P. Zhang, M.D.
Timothy Brennan, Esq.
Phelan Phelan & Danek
302 Washington Avenue Extension, Suite 3
Albany, New York 12203

New York City Health and Hospitals Corporation
Legal Claims Office
125 Worth Street, Room 527
New York, New York 10013

Bellevue Hospital Center
c/o New York City Health and Hospitals Corporation
Legal Claims Office
125 Worth Street, Room 527
New York, New York 10013

Noam Spinowtz, M.D.
c/o New York City Health and Hospitals Corporation
125 Worth Street, Room 527
New York, New York 10013

- and -

577 Prospect Avenue
Brooklyn, New York 11215

Thomas Maldonado, M.D.
c/o New York City Health and Hospitals Corporation
125 Worth Street, Room 527
New York, New York 10013

- and -

Arnold and Marie Schwartz Health Care Center
530 First Avenue, Suite 6F
New York, New York 10016

Andrew Wallace, M.D.
c/o New York City Health and Hospitals Corporation
125 Worth Street, Room 527
New York, New York 10013

Usha Kalava, M.D.
c/o New York City Health and Hospitals Corporation
125 Worth Street, Room 527
New York, New York 10013

Alfred B. Cheng, M.D.
c/o New York City Health and Hospitals Corporation
125 Worth Street, Room 527
New York, New York 10013

Chen Jianping, M.D.
c/o New York City Health and Hospitals Corporation
125 Worth Street, Room 527
New York, New York 10013

- and -

268 Canal Street
New York, New York 10013

<u>Ramya Ramakrishnan, M.D.</u>
c/o New York City Health and Hospitals Corporation
125 Worth Street, Room 527
New York, New York 10013


Dated:  New York, New York
        August 20, 2008


           <u>s/ Joseph N. Cordaro</u>
JOSEPH N. CORDARO
Assistant United States Attorney